**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-2056**

───────────

ISRAEL ROMERO,

        Plaintiff - Appellant,

    v.

ALLWELL FROM ABSOLUTE TOTAL CARE; THOMAS STEPHENS, Sales Representative Medicare Sales,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  J. Michelle Childs, District Judge.  (7:20-cv-04344-JMC)

───────────

Submitted:  October 28, 2022                Decided:  November 30, 2022

───────────

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Israel Romero, Appellant Pro Se.  Michael James Bentley, Jackson, Mississippi, Jonathan Edward Schulz, BRADLEY ARANT BOULT CUMMINGS LLP, Charlotte, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Israel Romero appeals the district court's order adopting the magistrate judge's recommendations to deny Romero's summary judgment motion and dismiss his civil complaint against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Romero v. Allwell from Absolute Total Care*, No. 7:20-cv-04344-JMC (D.S.C. Sept. 17, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*